# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2047
_____

BELINDA MARIE DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

August 21, 2024

PER CURIAM.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023), review granted, 2024 WL 370043 (Case No. SC2023-1355) (Fla. Jan. 31, 2024).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.